Joshua Briones (SBN 205293)
joshua@brionespc.com
Jacob Hernandez (SBN 353049)
jacob@brionespc.com

**BRIONES PC**
1801 Century Park East, Suite 1840
Los Angeles, CA 90067
Telephone: 858-243-3819

*Attorneys for Defendant*
SAXTON MORTGAGE, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDMOND NIKNAM, individually and on behalf of all others similarly situated, | Case No.: 2:26-cv-05771 |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SAXTON MORTGAGE, LLC TO RESPOND TO THE COMPLAINT** |
| vs. | |
| SAXTON MORTGAGE, LLC, | |
| Defendant, | |

- 1 -
STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Pursuant to Local Rule 7-1, Plaintiff Edmond Niknam, ("Plaintiff"), and Defendant Saxton Mortgage, LLC, ("Defendant" or "Saxton") (collectively, the "Parties"), respectfully submit this Joint Stipulation to Extend Time for Saxton to Respond to the Complaint and state:

WHEREAS, on May 29, 2026, Plaintiff commenced this action in the United States District Court, Central District of California by filing a Complaint against Saxton;

WHEREAS, on June 18, 2026, Plaintiff served Defendant with a copy of the Summons and Complaint;

WHEREAS, Defendant's deadline to file its response to the Complaint is July 9, 2026;

WHEREAS, good cause exists for an extension because Defendant recently retained counsel who require additional time to investigate the allegations in the Complaint and to respond to the same;

WHEREAS, the Parties agree to the stipulated extension to move Defendant's deadline to respond to the Complaint by thirty (30) days through and including August 10, 2026; and that this extension will promote the interests of justice, economy, and judicial efficiency, and will not prejudice any Party or the Court.

**NOW THEREFORE** the Parties hereby stipulate and agree by and through their respective undersigned counsel, and subject to the Court's approval, that Saxton shall file an Answer or any Motion(s) directed to the Complaint no later than August 10, 2026.

STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

DATED: July 8, 2026                     BRIONES PC

                                        By: /s/ Jacob Hernandez
                                            Jacob Hernandez
                                            Joshua Briones
                                            jacob@brionespc.com
                                            joshua@brionespc.com
                                            1801 Century Park East
                                            Suite 1840
                                            Los Angeles, CA 90067
                                            Telephone: 858-243-3819

                                        *Attorneys for Defendant*

DATED: July 8, 2026                     THE LAW OFFICES OF JIBRAEL S. HINDI

                                        By: /s/ Gerald D. Lane Jr.
                                            Gerald D. Lane Jr., CA # 352470
                                            1515 NE 26th Street
                                            Wilton Manors, FL 33305
                                            E-mail: gerald@jibraellaw.com
                                            Phone: (754) 444-7539

                                        *Attorneys for Plaintiff*

STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

## ATTORNEY ATTESTATION

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all of the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

DATED: July 8, 2026

BRIONES PC

By: */s/ Jacob Hernandez*
Jacob Hernandez

STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1801 Century Park East, Suite 1840, Los Angeles, California 90067.

On July 8, 2026, I served true and correct copies of the following document(s):

**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SAXTON MORTGAGE, LLC TO RESPOND TO COMPLAINT**

**DECLARATION OF JACOB HERNANDEZ IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

**PROPOSED ORDER**

| ☒ | **BY E-MAIL OR ELECTRONIC TRANSMISSION**:   By transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below.  The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error. |
|---|---|
| | THE LAW OFFICES OF JIBRAEL S. HINDI<br><br>Gerald D. Lane Jr., CA # 352470<br>1515 NE 26th Street<br>Wilton Manors, FL 33305<br>E-mail: gerald@jibraellaw.com<br>Phone: (754) 444-7539<br><br>Attorney for Plaintiff |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 8, 2026 at Los Angeles, California.

_____
Caleb Mead